UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CLARISSA CARDENAS,

                Plaintiff,

        -against-

NETFLIX STUDIOS, LLC and JERRY MEDIA, LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 19 Civ. 1937 (ER)

ECF Case

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Clarissa Cardenas hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, in its entirety, with each party to bear its or her own attorneys' fees and costs.

Dated: July 16 , 2019

                                        LIEBOWITZ LAW FIRM, PLLC

                                        By: /s/ Richard Liebowitz
                                             Richard Liebowitz
                                        11 Sunrise Plaza, Suite 305
                                        Valley Stream, NY 11580
                                        Tel: (516) 233-1660
                                        RL@LiebowitzLawFirm.com

                                        *Attorneys for Plaintiff Clarissa Cardenas*